DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANNE M. ESKER,**
Appellant,

v.

**CLAY LANE RENTAL LIMITED PARTNERSHIP,** a Nevada limited partnership, and **GOZZO DEVELOPMENT, INC.,** a Florida corporation,
Appellees.

No. 4D19-3757

[April 8, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; G. Joseph Curley, Judge; L.T. Case No. 50-2005-CA-011607-XXXX-MB.

Steven Ellison of Nelson Mullins Broad and Cassel, West Palm Beach, for appellant.

Michael A. Monteverde and Kali Lauren M. Sinclair of Zinober, Diana & Monteverde, P.A., for appellee Gozzo Development, Inc.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***